TENTATIVE RULING

ISSUED BY JUDGE LOUISE DECARL ADLER

Debtor: JOSE ALFREDO GONZALEZ

Number: 15-07966-LA13

Hearing: 10:00 AM Wednesday, June 13, 2018

Motion: MOTION FOR RELIEF FROM AUTOMATIC STAY RS # KZ-1 FILED BY US BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGSC SERIES II TRUST, ITS SUCCESSORS AND ASSIGNS

If parties manage to agree on an APO in advance of this hearing, please notify the courtroom deputy and appearances will be excused.

In that event, debtor's counsel will be awarded the guideline fee for his/her services in this matter.